# United States Court of Appeals
## For the First Circuit

No. 06-1558

UNITED STATES OF AMERICA,

Plaintiff, Appellee,

v.

MANUEL A. VEGA-SANTIAGO,

Defendant, Appellant.

ERRATA

The opinion issued on February 21, 2008, is amended as follows:

On page 6, line 1 of footnote 3, replace the citation "32(i)(C)" with the citation "32(i)(1)(C)."